## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 35,209.41 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 36,779.00 |

**EXHIBIT B**

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 04-32169 BB
Case Name: HABASH, BASEM E

Period Ending: 02/25/07

Trustee: (330480)  DEBORAH K. EBNER
Filed (f) or Converted (c): 08/30/04 (f)
§341(a) Meeting Date: 10/20/04
Claims Bar Date: 08/01/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Stock interest in restaurant<br>Offer to be subjected to competitive bidding on 12/16/05 | Unknown | 35,000.00 | | 35,000.00 | 0.00 |
| 2 | Real Property (See Footnote) | 275,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Cash on hand | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Bank Account | 261.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Household Goods | 250.00 | 0.00 | | 0.00 | 0.00 |
| 6 | Books | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Wearing Apparel | 300.00 | 0.00 | | 0.00 | 0.00 |
| 8 | Jewelery | 200.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Interest in insurance policy | 25,000.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Automobiles<br>1993 Ford Taurus - 2001 Ford Winstar | 7,105.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Bank Accounts<br>40% interest in Savings account #42980-5/500 at Arab Bank/Salt Branch, Salt Jordan | 1,868.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 209.41 | Unknown |
| 12 | Assets Totals (Excluding unknown values) | $310,184.00 | $35,000.00 | | $35,209.41 | $0.00 |

Printed: 04/03/2007 10:50 AM  V.9.02

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 04-32169 BB | Trustee: (330480) | DEBORAH K |
| Case Name: | HABASH, BASEM E | Filed (f) or Converted (c): | 08/30/04 (f) |
| | | §341(a) Meeting Date: | 10/20/04 |
| Period Ending: | 02/25/07 | Claims Bar Date: | 08/01/06 |

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. |

RE PROP# 2    House
Salt, Jordon
(not saleable without adjoining property)

One half interest in
7407 Arran Dr
Frankfort, IL

**Major Activities Affecting Case Closing:**

Trustee obtained counsel, & offer fro purchase of assets. Bidding procedures approved & sale to go forward 2/06. Settlement a

**Initial Projected Date Of Final Report (TFR):** February 24, 2005     **Current Projected Date Of Final Report (TFR):**