**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 (Joliet) |
| | ) | |
| BASEM E HABASH, | ) | CASE NO. 04-32169 BWB |
| | ) | |
| Debtor | ) | JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: **Will County Court Annex
   57 N Ottawa St, Room 201
   Joliet, Illinois 60432**

   on: **June 1, 2007**
   at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                  $        35,209.41

   b. Disbursements                             $         9,156.40

   c. Net Cash Available for Distribution       $        26,053.01

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation and Expenses Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee, *Trustee Compensation and Expenses* | $ 0.00 | $ 4,270.94 | $ 27.80 |
| Popowcer Katten, Ltd., *Trustee's Accountant Fees* | $ 0.00 | $ 817.00 | $ |
| IRS, *Estate Income Taxes(Federal)* | $ 347.00 | $ | $ 0.00 |
| IDOR, *Estate Income Taxes (State)* | $ 394.00 | $ | $ 0.00 |

| | | | |
|---|---:|---:|---:|
| Morgan & Bley, Ltd., *Trustee's Attorney Fees (Other Firm)* | $ 8,359.50 | $ 0.00 | $ |
| Morgan & Bley, Ltd., *Trustee's Attorney Expenses (Other Firm)* | $ 32.99 | $ | $ 0.00 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be <u>0.00</u>%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $148,874.03, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $14.06%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 1 | Najib Zedan | $ 0.00 | $ 0.00 |
| 2 | LaSalle National Bank, N.A. | $ 0.00 | $ 0.00 |
| 3 | eCAST Settlement Corporation successor to MBNA America Bank | $ 16,315.17 | $ 2,294.52 |
| 4 | Najib Zedan | $ 132,558.86 | $ 18,642.75 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:   **April 20, 2007**                    For the Court,


By:   **KENNETH S GARDNER**
      Kenneth S. Gardner
      Clerk of the United States Bankruptcy Court
      219 S. Dearborn Street, 7th Floor
      Chicago, IL  60604

BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2169   Doc 72   Filed 04/20/07   Entered 04/22/07 23:33:20   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1             Date Rcvd: Apr 20, 2007
Case: 04-32169                Form ID: pdf002          Total Served: 28


The following entities were served by first class mail on Apr 22, 2007.
 db         +Basem E Habash,    7407 West Arran Drive,    Frankfort, IL 60423-8642
 aty        +Bruce L Wald,    Tishler & Wald Ltd,    200 S Wacker Dr,    Suite 3000,    Chicago, IL 60606-5815
 aty        +Jeffrey B Rose,    Tishler & Wald    Ltd,    200 S Wacker Drive,    Suite 3000,
              Chicago, IL 60606-5815
 aty        +Keevan D. Morgan,    Morgan & Bley, Ltd.,    900 W. Jackson Blvd.,    Chicago, IL 60607-3024
 aty        +Konstantin T. Sparagis,    Law Offices of Konstantine Sparagis  P C,    8 S  Michigan Ave  27th Fl,
              Chicago, IL 60603-3357
 aty        +Maurice J Salem,    Salem Law Office,    7156 W 127th Street, B-149,    Palos Heights, IL 60463-1560
 aty        +Maurice J Salem,    Salemlaw,    7 Gellatly Drive,    Wappingers Fall, NY 12590-6452
 aty        +Roderick F Mollison,    One E Wacker Dr Ste 2700,    Chicago, IL 60601-1976
 tr         +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
 sp         +Morgan & Bley, Ltd.,    900 W. Jackson Blvd., Ste. 4E,    Chicago, IL 60607-3024
8438908      Advanta,    P. O. Box 30715,    Salt Lake City, UT 84130-0715
8438909      Bank One,    Cardmember Service,    P. O. Box 15153,    Wiilmington, DE 19886-5153
8616582     +Carson, Pirie, Scott,    P O Box 17633,    Bailtimore, MD 21297-1633
8438907      Chase,    P. O. Box 52064,    Phoenix, AZ 85072-2064
8438911     +First United Bank,    P. O. Box 400,    Crete, IL 60417-0400
8438912     +Great Bank,    234 South Randall Road,    Algonquin, IL 60102-9706
8438913     +Habash Trading, Inc.,    6801 W. 66th Place,    Bedford Park, IL 60638-4805,    60638
8438914     +LaSalle Bank,    4747 W. Irving Park Road,    Chicago, IL 60641-2791
10730627    +LaSalle Bank, N.A.,    4747 West Irving Park Road,    Chicago, Illinois 60641-2791
8438910     +MBNA America (Delaware),    c/o Becket & Lee,    PO Box 3001,    Malvern, PA 19355-0701
8438915     +Najib Zedan,    14201 Streamstown Court,    Orland Park, IL 60462-2362,    60462
8438916     +Najib Zedan,    c/o Roderick F. Mollison,    205 N. Michigan Avenue,    Chicago, IL 60601-5927
8438917     +Nasser Yousef,    4426 W. Peterson,    Chicago, IL 60646-5942
8438918      Providian,    P. O. Box 660433,    Dallas, TX 75266-0433
8438919      Sears,    P. O. Box 182149,    Columbus, OH 43218-2149
8438920      Susan Habash,    7407 W. Arran Drive,    Frankfort, IL,    60423-8642
8438921      Washington Mutual,    P. O. Box 70308,    Charlotte, NC 28272-0308
10763678     eCAST Settlement Corporation successor to,    MBNA America Bank Delaware N A,    POB 35480,
              Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Morgan & Bley Ltd
 cr           Lasalle Bank NA
 acc          Lois West,   Popower, Katten, Ltd.
                                                                                                   TOTALS: 3, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2007**             **Signature:** *Joseph Speetjens*