IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: <br> HABASH, BASEM E | \| <br> \| <br> \| <br> \| <br> \| <br> \| <br> Debtor(s)  \| | CHAPTER 7 CASE <br><br> CASE NO. 04-32169 BB <br><br> HONORABLE BRUCE BLACK |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE BRUCE BLACK,
      BANKRUPTCY JUDGE

   Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit "A" and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

   All checks have been negotiated or otherwise turned over to the Clerk of the Court. The final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate. Also therein is a final bank statement reflecting a zero balance.

   The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

11/12/07
_____
DATE

_____
DEBORAH K. EBNER, TRUSTEE

May 31 07 03:20p    Deborah Kanner Ebner    3129228722    p.2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| BASEM E HABASH, | ) | CASE NO. 04-32169 BWB (Joliet) |
| | ) | |
| Debtor | ) | JUDGE BRUCE W. BLACK |

**Order Retaining Popowcer Katten, Ltd. as Accountants for the Trustee And Awarding Popowcer Katten, Ltd. Compensation, as Accountants for Trustee**

THIS MATTER BEING HEARD on the Trustee's Application for Retroactive Retention and Request for Allowance of Compensation for Popowcer Katten, Ltd. as Accountants for the Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Trustee is authorized to retain Popowcer Katten, Ltd. as her accountants in this case, retroactive to October 5, 2006;

IT IS FURTHER ORDERED that Popowcer Katten, Ltd. is allowed compensation as follows;

1. Compensation    $817.00

TOTAL    $817.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _1st_ day of _June, 2007_

ENTERED: _/s/ Bruce W. Black_
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                          )   CHAPTER 7 CASE
                                )
BASEM E HABASH,                 )   CASE NO. 04-32169 BWB (Joliet)
                                )
            Debtor              )   JUDGE BRUCE W. BLACK

Order Awarding Trustee Compensation and Expense Reimbursement

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation and Expense Reimbursement notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Deborah K. Ebner, Trustee is allowed compensation and expense reimbursement as follows:

1. Compensation    $4,270.94
2. Expenses        $   27.80

   TOTAL           $4,298.74

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this ___ _____ day of _____

ENTERED: _____
         UNITED STATES BANKRUPTCY JUDGE

ENTERED
JUN 0 1 2007
BRUCE W. BLACK
UNITED STATES BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 (Joliet) |
| | ) | |
| BASEM E HABASH, | ) | CASE NO. 04-32169 BWB |
| | ) | |
| Debtor | ) | JUDGE BRUCE BLACK |

### DISTRIBUTION REPORT

I, DEBORAH K. EBNER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 5,115.74 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 20,992.02 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$ 26,107.76** |

EXHIBIT B

**DISTRIBUTION REPORTS**  PAGE 2

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER   CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $14,249.23 | 100.00% |
| **CLAIM NUMBER   CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| Deborah K. Ebner, Trustee, *Trustee Compensation* | 4,270.94 | 4,270.94 |
| Deborah K. Ebner, Trustee, *Trustee, Expenses* | 27.80 | 27.80 |
| Popowcer Katten, Ltd., *Trustee's Accountants Compensation (Other Firm)* | 817.00 | 817.00 |
| Internal Revenue Service, *Estate Income Tax* | 347.00 | 0.00 |
| Illinois Department of Revenue, *Estate Income Tax* | 394.00 | 0.00 |
| Morgan & Bley, Ltd., *Trustee's Attorneys Compensation (Other Firm)* | 8,359.50 | 0.00 |
| Morgan & Bley, Ltd., *Trustee's Attorneys Compensation (Other Firm)* | 32.99 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

**DISTRIBUTION REPORTS**  PAGE 3

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

**DISTRIBUTION REPORTS**                                                                                                      **PAGE 4**

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

**DISTRIBUTION REPORTS**                                                                              **PAGE 5**

| | | Allowed Amount | Dividend Amount |
|---|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid <u>pro-rata</u> after costs of administration and priority claims are paid in full) | | $148,874.03 | 14.10% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 3 | eCAST Settlement Corporation successor to MBNA America Bank | 16,315.17 | 2,300.52 |
| 4 | Najib Zedan | 132,558.86 | 18,691.50 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| Subordinated unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(3) - Late unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|

**DISTRIBUTION REPORTS**          PAGE 6

| | | |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| 17. | TYPE OF CLAIMS | | |
| §726(a)(5) - Interest | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| 18. | TYPE OF CLAIMS | | |
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 1 | Najib Zedan<br>c/o Roderick F. Mollison<br>205 N. Michigan Avenue<br>Chicago, IL 60601 | $120,864.66 | Disallowed |
| Unsecured | 2 | LaSalle Bank, N.A.<br>4747 West Irving Park Road<br>Chicago, Il 60641 | $36,892.94 | Disallowed |

**DISTRIBUTION REPORTS**                                                                    **PAGE 7**

  WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


Dated:   June 1, 2007                          /s/Deborah K. Ebner, Trustee
                DEBORAH K. EBNER, Trustee

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-32169 BB | Trustee: | DEBORAH K. EBNER (330480) |
| --- | --- | --- | --- |
| Case Name: | HABASH, BASEM E | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7488224 | Account: | ***-*****14-65 - Money Market Account |
| Period Ending: | 11/04/07 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 12/09/05 | {1} | Baem E. Habash | earnest money deposit | 1129-000 | 3,500.00 | | 3,500.00 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.12 | | 3,501.12 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.97 | | 3,503.09 |
| 02/24/06 | {1} | Basem Habash | balance of purchase price/includes % interest in Jordanial realty | 1129-000 | 31,500.00 | | 35,003.09 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.88 | | 35,004.97 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 19.61 | | 35,024.58 |
| 04/07/06 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-32169 | 2300-000 | | 3.32 | 35,021.26 |
| 04/08/06 | 1002 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-32169 | 2300-000 | | 1.00 | 35,020.26 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.17 | | 35,042.43 |
| 05/12/06 | | | To Account #*********1466 to satisfy court ordered attorney fees and costs | 9999-000 | | 8,400.00 | 26,642.43 |
| 05/12/06 | 1003 | Keevan Morgan | Voided on 05/12/06 | 3210-000 | | 8,359.50 | 18,282.93 |
| 05/12/06 | 1003 | Keevan Morgan | Voided: check issued on 05/12/06 | 3210-000 | | -8,359.50 | 26,642.43 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.16 | | 26,664.59 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.54 | | 26,682.13 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.14 | | 26,700.27 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.15 | | 26,718.42 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.98 | | 26,735.40 |
| 10/17/06 | 1004 | Illinois Department of Revenue | | 2820-000 | | 394.00 | 26,341.40 |
| 10/17/06 | 1005 | Internal Revenue Service | | 2810-000 | | 347.00 | 25,994.40 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 18.71 | | 26,013.11 |
| | | | | Subtotals: | $35,158.43 | $9,145.32 | |

{} Asset reference(s)   !-Not printed or not transmitted

Printed: 11/04/2007 06:55 PM   V.9.55

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 04-32169 BB |
| Case Name: | HABASH, BASEM E |
| Taxpayer ID #: | 13-7488224 |
| Period Ending: | 11/04/07 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****14-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.09 | | 26,030.20 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.53 | | 26,046.73 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.36 | | 26,064.09 |
| 02/25/07 | 1006 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #04-32169 | 2300-000 | | 18.59 | 26,045.50 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.99 | | 26,058.49 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.92 | | 26,072.41 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.38 | | 26,086.79 |
| 05/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 13.46 | | 26,100.25 |
| 05/30/07 | | To Account #*********1466 | to close | 9999-000 | | 26,100.25 | 0.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.39 | | 14.39 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -14.39 | | 0.00 |
| 06/14/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.25 | | 3.25 |
| 06/26/07 | | JP MORGAN CHASE BANK | Bank adjustment | 2990-000 | | 3.25 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 35,267.41 | 35,267.41 |
| Less: Bank Transfers | 0.00 | 26,100.25 |
| **Subtotal** | 35,267.41 | 34,500.25 |
| Less: Payments to Debtors | | 767.16 |
| **NET Receipts / Disbursements** | **$35,267.41** | **$767.16** |

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 04-32169 BB
**Case Name:** HABASH, BASEM E
**Taxpayer ID #:** 13-7488224
**Period Ending:** 11/04/07

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****14-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/06 | | From Account #*******1465 | to satisfy court ordered attorney fees and costs | 9999-000 | 8,400.00 | | 8,400.00 |
| 05/12/06 | 101 | Keevan Morgan | | 3210-000 | | 8,359.50 | 40.50 |
| 05/12/06 | 102 | Keevan Morgan | | 3210-000 | | 32.99 | 7.51 |
| 05/30/07 | | From Account #*******1465 | to close | 9999-000 | 26,100.25 | | 26,107.76 |
| 06/06/07 | 103 | Popowcer Katten, Ltd. | final fees - to close | 3410-000 | | 817.00 | 25,290.76 |
| 06/06/07 | 103 | Popowcer Katten, Ltd. | Voided on 06/06/07 | 3410-000 | | -817.00 | 26,107.76 |
| 06/06/07 | 104 | DEBORAH K. EBNER | final fees - to close | 2100-000 | | 4,270.94 | 21,836.82 |
| 06/06/07 | 104 | DEBORAH K. EBNER | Voided: check issued on 06/06/07 | 2100-000 | | -4,270.94 | 26,107.76 |
| 06/06/07 | 105 | DEBORAH K. EBNER | final fees | 2200-000 | | 27.80 | 26,079.96 |
| 06/06/07 | 105 | DEBORAH K. EBNER | Voided on 06/06/07 | 2200-000 | | -27.80 | 26,107.76 |
| 06/06/07 | 106 | eCAST Settlement Corporation successor to | final distribution - 14.06% | 7100-000 | | 2,294.72 | 23,813.04 |
| 06/06/07 | 106 | eCAST Settlement Corporation successor to | Voided on 06/06/07 | 7100-000 | | -2,294.72 | 26,107.76 |
| 06/06/07 | 107 | Najib Zedan | Voided: check issued on 06/06/07 | 7100-000 | | 18,642.75 | 7,465.01 |
| 06/06/07 | 107 | Najib Zedan | Voided: check issued on 06/06/07 | 7100-000 | | -18,642.75 | 26,107.76 |
| 06/08/07 | 108 | DEBORAH K. EBNER | | 2100-000 | | 4,270.94 | 21,836.82 |
| 06/08/07 | 109 | DEBORAH K. EBNER | | 2200-000 | | 27.80 | 21,809.02 |
| 06/08/07 | 110 | Popowcer Katten, Ltd. | | 3410-000 | | 817.00 | 20,992.02 |
| 06/08/07 | 111 | eCAST Settlement Corporation successor to | | 7100-000 | | 2,300.52 | 18,691.50 |
| | | | | **Subtotals :** | **$34,500.25** | **$15,808.75** | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 11/04/2007 06:55 PM     V.9.55

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 04-32169 BB |
| Case Name: | HABASH, BASEM E |
| Taxpayer ID #: | 13-7488224 |
| Period Ending: | 11/04/07 |
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****14-66 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/07 | 112 | Najib Zedan | | 7100-000 | | 18,691.50 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **ACCOUNT TOTALS** | | | | 34,500.25 | 34,500.25 |
| Less: Bank Transfers | | | | 34,500.25 | 0.00 |
| Subtotal | | | | 0.00 | 34,500.25 |
| Less: Payments to Debtors | | | | | 0.00 |
| **NET Receipts / Disbursements** | | | | **$0.00** | **$34,500.25** |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****14-65 | 35,267.41 | 767.16 | 0.00 |
| Checking # ***-*****14-66 | 0.00 | 34,500.25 | 0.00 |
| | $35,267.41 | $35,267.41 | $0.00 |